**Tyrone Lorenzo ROBINSON,
Plaintiff—Appellant,**

v.

**SOUTH CAROLINA DEPARTMENT OF PUBLIC SAFETY, Highway Patrol; Joseph Franklin Clipse, in his individual and official capacity, Defendants—Appellees.**

**No. 07–6571.**

United States Court of Appeals,
Fourth Circuit.

Submitted: March 25, 2008.

Decided: June 10, 2009.

Tyrone Lorenzo Robinson, Appellant Pro Se. Marshall Hodges Waldron, Jr., Carolina Litigation Associates, LLC, Bluffton, South Carolina, for Appellees.

Before MICHAEL, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tyrone Lorenzo Robinson appeals the district court's orders granting summary judgment in Defendants' favor in this action filed under 42 U.S.C. § 1983 (2000), and denying Robinson's Fed.R.Civ.P. 59(e) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Robinson v. S.C. Dep't of Pub. Safety,* No. 2:06–cv–01288–SB, 2007 WL 840338 (D.S.C. Mar. 15, 2007); (Nov. 5, 2007). We deny Robinson's motions for default judgment and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*